UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

      v.                                  22 Cr. 316 (JSR)

JOSHUA RODRIGUEZ,

            Defendant.
-------------------------------------------------------------x

      Upon the application of Joshua Rodriguez, by his attorney, Eylan Schulman, it is hereby Ordered that the Metropolitan Detention Center/ Bureau of Prisons (MDC/BOP) is directed to accept the following clothing for JOSHUA RODRIGUEZ, 05336-501, to wear at his trial, commencing with jury selection on Wednesday, May 31, 2023, and continuing for two weeks to completion:

- 2 pairs of pants
- 1 suit jacket
- 3 collared shirts
- 2 sweaters
- 1 belt
- 1 pair of shoes

Dated: May 24, 2023
           New York, New York

                                                        So Ordered:

                                                        Hon. Jed S. Rakoff
                                                        United States District Judge