UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :

    - v.-                              :     APPLICATION FOR IMMUNITY

JOSHUA RODRIGUEZ,                  :
    a/k/a "Suave,"                           22 Cr. 316 (JSR)
                                   :
        Defendant.
                                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

        DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, for the reasons hereinafter set forth and upon the declaration of Assistant United States Attorney Jim Ligtenberg, hereby requests an order compelling Mark Martinez ("Martinez") to give testimony and provide other information pursuant to the provisions of Title 18, United States Code, Sections 6002 and 6003, and respectfully states as follows:

        1.    Martinez is scheduled to testify in United States v. Joshua Rodriguez, in the United States District Court for the Southern District of New York.

        2.    This application is made in good faith and upon my judgment that the testimony from Martinez may be necessary to the public interest.

        3.    It is expected that Martinez may refuse to testify in United States v. Joshua Rodriguez, on the basis of his privilege against self-incrimination.

        4.    This application is made with the approval of the Department of Justice, by the Assistant Attorney General, pursuant to the authority vested by Title 18, United States Code, Section 6003 and Title 28, Code of Federal Regulations, Section 0.175. A copy of the

letter setting forth the approval of the Department of Justice for this application is attached hereto.

WHEREFORE, the United States of America by the United States Attorney for the Southern District of New York respectfully requests the Court issue an order requiring Martinez to give testimony in <u>United States v. Joshua Rodriguez</u>, and provide other information with regard to all matters about which he may be questioned, pursuant to the provisions of Title 18, United States Code, Sections 6002 and 6003.

Dated: New York, New York
      May 26, 2023

                          Respectfully submitted,

                          DAMIAN WILLIAMS
                          United States Attorney



**U.S. Department of Justice**

Criminal Division

*Office of the Assistant Attorney General*  Washington, D.C. 20530

Apr 20, 2023

The Honorable Damian Williams
United States Attorney
Southern District of New York
Office of the United States Attorney
1 St. Andrews Plaza
New York, NY 10007

**Attention:**   James Ligtenberg
Southern District of New York

**Re:**   Witness Immunity Authorization
▓▓▓▓▓▓▓▓
Webster Avenue

Dear Mr. Williams:

Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the Southern District of New York for an order, pursuant to 18 U.S.C. §§ 6002-6003, requiring ▓▓▓▓ ▓▓▓▓ to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto, provided that the witness refuses to testify or provide information on the basis of the privilege against self-incrimination.

Sincerely,

*Jennifer A.H. Hodge*

Jennifer A.H. Hodge

Deputy Assistant Attorney General

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA          :

    - v.-                           :        **DECLARATION**

JOSHUA RODRIGUEZ,                 :
   a/k/a "Suave,"                          22 Cr. 316 (JSR)
                                  :

      Defendant.              :

------------------------------x

STATE OF NEW YORK
COUNTY OF NEW YORK

      JIM LIGTENBERG, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

      1.    I am an Assistant United States Attorney in the office of Damian Williams, United States Attorney for the Southern District of New York, and I am one of the attorneys responsible for the prosecution of the above-captioned case.

      2.    This Declaration is made in support of the application by the United States Attorney for the Southern District of New York for an order pursuant to Title 18, United States Code, Sections 6002 and 6003 directing Mark Martinez ("Martinez") to give testimony and provide other information in the above-captioned case.

      3.    The witness may refuse to testify about certain subjects on the basis of his privilege against self-incrimination.

      4.    Upon information and belief, Martinez can give relevant testimony in the above-mentioned matter, which testimony may be necessary to the protection of the public interest.

5.  This application for immunity is made in good faith.

WHEREFORE, and upon the application of Damian Williams, annexed hereto, it is respectfully requested that the application be granted.

Dated: New York, New York
       May 26, 2023

                                          */s/ Jim Ligtenberg*
                                          Jim Ligtenberg
                                          Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA        :

    - v.-                                    :       **ORDER**

JOSHUA RODRIGUEZ,               :
    a/k/a "Suave,"                                 22 Cr. 316 (JSR)
                                :
    Defendant.
                                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

        Upon the annexed application of Damian Williams, United States Attorney for the Southern District of New York, for an order pursuant to Title 18, United States Code, Sections 6002 and 6003, compelling Mark Martinez ("Martinez") to testify and to provide other information in United States v. Joshua Rodriguez, in the United States District Court for the Southern District of New York, and upon the declaration of Assistant United States Attorney Jim Ligtenberg submitted in support thereof; and it appearing that,

        1.    Martinez is scheduled to appear as a witness in United States v. Joshua Rodriguez; and,

        2.    It is expected that Martinez may refuse to testify on the basis of his privilege against self-incrimination; and,

        3.    It is the judgment of the United States Attorney that the testimony and other information that Martinez could give in United States v. Joshua Rodriguez, may be necessary to the public interest; and,

4.  Upon the approval of the aforesaid application by the Department of Justice, by the Assistant Attorney General, pursuant to the authority vested by Title 18, United States Code, Section 6003 and 28 C.F.R. 0.175; it is hereby:

ORDERED that, pursuant to Title 18, United States Code, Sections 6002 and 6003, Martinez give testimony and provide other information as to all matters about which he may be questioned in United States v. Joshua Rodriguez; and

IT IS FURTHER ORDERED that, pursuant to Title 18, United States Code, Sections 6002 and 6003, no testimony or other information compelled under this Order, or any information directly or indirectly derived from such testimony or other information, may be used against Martinez in any criminal case, except a prosecution for perjury, giving a false statement, or otherwise failing to comply with this Order.

This Order shall become effective only if, after the date of this Order, Martinez refuses to testify or provide other information on the basis of his privilege against self-incrimination.

THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       May 31, 2023

2