UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
JOSHUA RODRIGUEZ,

        Petitioner,

    -v-

UNITED STATES OF AMERICA,

        Defendant.
```

22-cr-316 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Petitioner Joshua Rodriguez moves for an extension to file a motion pursuant to 28 U.S.C. § 2255. Although Mr. Rodriguez's motion does not specify the original filing deadline or the grounds for extension, the Court, mindful of the leniency afforded to pro se litigants, grants the motion. Mr. Rodriguez shall have until August 1, 2026 -- thirty days from the date of this Order -- to file his § 2255 motion.

SO ORDERED.

New York, NY
July 2, 2026

_____
JED S. RAKOFF, U.S.D.J.